# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

JOSEPH ANTWAN GLENN                                                     PLAINTIFF

v.                                                          No. 2:04CV348-M-A

BOYD P. ATKINSON, ET AL.                                            DEFENDANTS

## ORDER OF DISMISSAL

The court, *sua sponte,* takes up the dismissal of the plaintiff's case filed under 42 U.S.C. § 1983. The plaintiff, a prisoner proceeding *pro se*, seeks to lower his bond set under the laws of Mississippi. The plaintiff does not challenge the conditions of his confinement, as required under 42 U.S.C. § 1983; he instead challenges the fact and duration of his confinement, a claim which he should have brought as a *habeas corpus* claim under 28 U.S.C. § 2241. A claim under 42 U.S.C. § 1983 in a case challenging bond does not accrue until the bond has been invalidated. *Heck v. Humphrey*, 512 U.S. 477, 489-90 (1994). As the plaintiff has not shown that his bond has been found to be excessive by the grant of a writ of *habeas corpus*, his claim under 42 U.S.C. § 1983 is not ripe for consideration and should be dismissed without prejudice to his ability to file a *habeas corpus* claim under 28 U.S.C. § 2241.

**SO ORDERED,** this the 15th day of August, 2005.

                                                    /s/ Michael P. Mills
                                               UNITED STATES DISTRICT JUDGE